ALEXANDER A. LOWANDE, Appellant, *v.* EISENBERG FARMS, INC., et al., Respondents.

Submitted April 7, 1941; decided April 17, 1941.

*Arthur Weiss* and *Max Rothenberg* for motions.

*Joseph J. Nista* opposed.

Motion by Five Boro Milk Can Exchange denied on the ground that no exceptions to the sureties were served as required by section 151 of the Civil Practice Act. Motion by other respondents granted and appeal dismissed, with costs and ten dollars costs of motion, unless a new undertaking is filed and appellant pays ten dollars costs within ten days in which event the motion is denied. (*Sundail Constr. Co.* v. *Liberty Bank,* 274 N. Y. 464.)